UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| **ROBERT J. DAVIS** | * | CIVIL ACTION NO. 14-0084 |
| **VERSUS** | * | JUDGE ROBERT G. JAMES |
| **WARDEN TIMMY DUCOTE, ET AL.** | * | MAG. JUDGE KAREN L. HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED that the motion for temporary restraining order and preliminary injunction [Doc. No. 25] filed by Plaintiff Robert J. Davis is hereby DENIED.

MONROE, LOUISIANA, this 12th day of September, 2014.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE