UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

**ROBERT J. DAVIS**                  **CIVIL ACTION NO. 14-0084**

**VERSUS**                              **JUDGE ROBERT G. JAMES**

**WARDEN TIMMY DUCOTE, ET AL.**     **MAGISTRATE JUDGE HAYES**

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, and DECREED** that Defendants' Motion to Dismiss [Doc. No. 45] is **GRANTED,** and Plaintiff's Complaint is **DISMISSED WITH PREJUDICE** in accordance with the provisions of Fed. R. Civ. P. Rule 41(b).

MONROE, LOUISIANA, this 9th day of December, 2014.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE